**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHAWN E. DENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-CV-159-G |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BRANDON SMITHWICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-CV-160-G |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>COMBINED AGREED FINAL PRETRIAL REPORT</u>

All counsel who will appear at trial:

**Appearing for Plaintiff**:

Patrick S. O'Brien
LAW OFFICES OF PATRICK S. O'BRIEN, LLC
326 South 21st Street, Suite 306
St. Louis, Missouri 63103
Telephone: (314) 621-7474
Facsimile: (314) 621-7476
pobrien@felainjury.com

and

1

Thomas M. Wright, OBA# 20378
WRIGHT, STOUT & WILBURN, PLLC
300 West Broadway
P.O. Box 707
Muskogee, Oklahoma 74402
Telephone: (918) 682-0091
Facsimile: (918) 683-6340

**Appearing for Defendant:**

Robert Hart, OBA #16358
George R. Mullican, OBA #16701
Matthew Covert, OBA #31970
Mullican & Hart, P.C.
15 E. Fifth Street, Ste. 2200
Tulsa, Oklahoma 74103
(918) 794-6500 (Office)
(918) 794-6068 (Fax)
rhart@mullicanhart.com
gmullican@mullicanhart.com
mcovert@mullicanhart.com

**Jury Trial Demanded** X  -  **Non-Jury Trial** □

1.    PLAINTIFF DENT'S BRIEF PRELIMINARY STATEMENT[1].  State briefly and
in ordinary language the facts and positions of the parties (appropriate for use
during jury selection in jury cases).

On February 12, 2018, Plaintiff Shawn Dent filed a Complaint against Defendant,
BNSF Railway Company, under the Federal Employers Liability Act ("FELA") 45
U.S.C.A. § 51 et seq. and the Federal Safety Appliance Act ("FSAA"), 49 U.S.C. §
20301 et seq. seeking compensation for traumatic injuries to his back, left shoulder
and neck and/or aggravations of pre-existing conditions on July 3, 2017, while
acting as an engineer on a southbound train in Marland, Oklahoma at approximately
milepost 302.5.   Plaintiff was injured when the train went into an unexpected
emergency due to the train coming apart just behind the lead locomotives.  Due to
the train going into emergency, the lead locomotives were hit by the remainder of
the train which weighed over sixteen thousand (16,000) tons, causing Plaintiff to be

---

[1] Defendant BNSF objects to Plaintiff Dent's Preliminary statement as being more akin to
an opening statement rather than a brief statement of his position.

involved in a whiplash action due to the collision and sustaining the injuries listed above. As a result of these injuries, Plaintiff has had surgery to his left shoulder by Dr. Justin Strickland in 2018 and a second surgery in 2019 and has been treated for his neck pain by Dr. James Weimar. Dr. Strickland released Mr. Dent to return to work in July of 2019 and he was finally released by Dana Dickey of the BNSF Medical Department in December of 2019. Plaintiff went back to rules training class and is now working full time on the extra board for Defendant BNSF Railway Company.

PLAINTIFF SMITHWICK'S BRIEF PRELIMINARY STATEMENT[2]:

On February 12, 2018, Plaintiff Brandon Smithwick filed a Complaint against Defendant, BNSF Railway Company, under the Federal Employers Liability Act ("FELA") 45 U.S.C.A. § 51 et seq. and the Federal Safety Appliance Act ("FSAA"), 49 U.S.C. § 20301 et seq. seeking compensation for traumatic injuries to his right shoulder, neck, right knee and back and/or aggravations of pre-existing conditions and psychological injuries due to being thrown to the floor of a locomotive on July 3, 2017 while acting as a conductor on a southbound train in Marland, Oklahoma at approximately milepost 302.5. Plaintiff was injured when the train went into an unexpected emergency due to the train coming apart just behind the lead locomotives. Due to the train going into emergency, the lead locomotives were hit by the remainder of the train which weighed over sixteen thousand (16,000) tons, causing Plaintiff to lose his balance and be thrown to the floor of the locomotive due to the collision and sustaining the injuries listed above. As a result of these injuries, Plaintiff has had surgery to his right shoulder by Dr. Daniel Prohaska in 2017 and back surgery in 2019 by Dr. Michael Hahn. Pursuant to Dr. Hahn's recommendation, Plaintiff had additional low back surgery on October 6, 2020 where he underwent a right L5-S1 foraminotomy and had removal of his previous lumbar fusion instrumentation. Dr. Hahn has released Plaintiff to return to work with restrictions of no lifting over twenty-five (25) pounds in February of 2021. After reviewing the functional capacity evaluation done at Defendant's request by Lai Ann Simmons, Dr. Hahn concurred with the restrictions noted by Ms. Simmons in her evaluation.

DEFENDANT'S BRIEF PRELIMINARY STATEMENT: On July 3, 2017 an unintended emergency occurred on a train in which Shawn Dent was an engineer

---

[2] Defendant BNSF objects to Plaintiff Smithwick's Preliminary statement as being more akin to an opening statement rather than a brief statement of his position. Further, the final statement does not accurately reflect the evidence.

and Brandon Smithwick was a conductor. Both were employees of BNSF Railway and working in the course and scope of their employment. As to Plaintiffs' Federal Safety Appliance Act (FSAA) claims, the Defendant has stipulated that a violation of the Act occurred in that the train was inspected and two air hoses were found to be separated.

BNSF denies that the violation caused or contributed to the Plaintiffs' alleged injuries in that the forces inside the locomotive were negligible and could not have caused or contributed to the claimed injuries.

BNSF disputes the nature and extent of Plaintiffs' alleged injuries. Further, each injury the Plaintiffs attribute to this incident is unrelated or pre-existed this incident.

2.    <u>JURISDICTION</u>.  The basis on which the jurisdiction of the Court is invoked.

Federal Employers' Liability Act 45 U.S.C. §51-56 and Federal Safety Appliance Act ("FSAA"), 49 U.S.C. § 20301 <u>et seq</u>

3.    <u>STIPULATED FACTS</u>.  List stipulations as to all facts that are not disputed or reasonably disputable, including jurisdictional facts.

Parties stipulate that Plaintiffs were employees of Defendant BNSF Railway Company; that Defendant was a common carrier; and that Plaintiffs and Defendant were engaged in interstate commerce at the time of Plaintiffs' alleged injuries.

The Defendant has stipulated that on July 3, 2017 a Federal Safety Appliance Act violation occurred that caused an unintended emergency braking application. Defendant specifically denies that said violation caused or contributed to Plaintiffs' injuries.

The Plaintiffs stipulate that no independent FELA negligence claim is being pursued and is proceeding solely on their Count II FSAA claims.

The Plaintiffs and Defendant stipulate as to the authenticity of the medical records.

The Plaintiffs and Defendant stipulate as to the authenticity of the BNSF materials produced in these cases *Shawn Dent v. BNSF*, Case No. 18-CV-159-G and *Brandon Smithwick v. BNSF*, Case No. 18-CV-160-G.

4.    <u>LEGAL ISSUES</u>.  State separately, and by party, each disputed legal issue and the authority relied upon.

Plaintiffs:

Whether Defendant BNSF Railway Company's failure to comply with the Federal Safety Appliance Act ("FSAA"), 49 U.S.C. § 20301 *et seq*, caused or contributed to cause Plaintiff's injuries.

Motions in Limine

Defendant:

Whether Paul Byrnes should be excluded per *Daubert v. Merrell Dow Pharm., Inc.*

Whether Plaintiffs have created a jury question as to causation.

Whether Plaintiffs' alleged injuries were caused by the incident of July 3, 2017 per the law governing the FELA.

Whether Plaintiffs' alleged injuries were pre-existing conditions.

Whether Plaintiffs have mitigated their damages.

Whether Plaintiffs can claim medical damages as all medical bills were paid by Defendant or would have been paid if properly submitted by Plaintiffs.
Whether Plaintiffs' psychological claims related to this litigation are unrecoverable.

Motions in limine.

5.    <u>CONTENTIONS AND CLAIMS FOR DAMAGES OR OTHER RELIEF SOUGHT.</u>

Dent

1.    Personal Injuries:

    Back, neck, left shoulder

2.    Pain and Suffering:

    Past & Future:                    In excess of $300,000.00

3.    Medical and Hospital Expense:

    Past:                                    $1,771.28[3]
    Future:                                  Unknown


4.    Disfigurement:                        N/A

5.    Wage Loss:
    Past                                     Over $229,850.00
    Future                                   To be determined

    **TOTAL:**                               In excess of $530,000.00


Smithwick

    Personal Injuries:

1.
    Right shoulder, neck, right knee, back and
    psychological

2.    Pain and Suffering:

    Past & Future:                           In excess of $1,000,000.00


3.    Medical and Hospital Expense:

    Past:
    Future:

---

[3] Defendant objects to this testimony and has filed a Motion in Limine on the subject. [Doc. No. 93]. Further, evidence of unpaid medical expenses will necessitate the calling of Plaintiff's counsel as a witness to authenticate correspondence to him in *Smithwick v. BNSF*, *Dent v. BNSF*, and *Fields v. BNSF*. Plaintiff finally provided his computation for this number on April 21, 2021 along with the bills that he claims remain unpaid. Plaintiff finally produced a computation of out-of-pocket medical expenses on May 5, 2021 along with his Exhibit No. 75 long after the close of discovery and weeks before the trial of this case was set.

$11,837.53[4]
Unknown

4.    Disfigurement:                                    N/A

5.    Wage Loss:
      Past                                    Over $293,817.00
      Future                                   $1,910,757.00

      **TOTAL:**                    In excess of $3,000,000.00
                                    This includes loss of health
                                    insurance, household services
                                    and pension benefits


B.    Defendant


6.    <u>EXHIBITS</u>.  The following exclusionary language **MUST** be included:

Unlisted exhibits will not be admitted unless, by order of the court, the final
pretrial order is amended to include them.

A.    <u>Plaintiffs</u>:

| No Upon | Title/Description | Objection | Federal Rule of Evidence Relied |
|---|---|---|---|
| 1 | Event Recorder Data BNSF 4883 | Both | | |
| 2 | Event Recorder Data BNSF 6843 | Both | | |

[4] Defendant objects to this testimony and has filed a Motion in Limine on the subject. [Doc. No. 101]. Further, evidence of unpaid medical expenses will necessitate the calling of Plaintiff's counsel as a witness to authenticate correspondence to him in *Smithwick v. BNSF*, *Dent v. BNSF*, and *Fields v. BNSF*. Plaintiff finally provided his computation for an updated number on April 21, 2021 along with the bills that he claims remain unpaid. Plaintiff finally produced a computation of out-of-pocket medical expenses on May 6, 2021 along with his Exhibit No. 211 long after the close of discovery and weeks before the trial of this case was set.

| 3 | Event Recorder GARDEAP901AData BNSF 4883 | Both | | |
|---|---|---|---|---|
| 4 | WITHDRAWN | | | |
| 5 | WITHDRAWN | | | |
| 6 | WITHDRAWN | | | |
| 7 | WITHDRAWN | | | |
| 8 | WITHDRAWN | | | |
| 9 | WITHDRAWN | | | |
| 10 | WITHDRAWN | | | |
| 11 | WITHDRAWN | | | |
| 12 | WITHDRAWN | | | |
| 13 | WITHDRAWN | | | |
| 14 | WITHDRAWN | | | |
| 15 | WITHDRAWN | | | |
| 16 | WITHDRAWN | | | |
| 17 | Video from lead locomotive before and during TLEM event | Both | | |
| 18 | BNSF Locomotive 4883 EDR Download Graphic Format | Both | | |
| 19 | BNSF Locomotive 4883 EDR Downloads Data Table format | Both | | |
| 20 | BNSF Locomotive 4238 EDR Downloads Graphic Format | Both | | |

| | | | | |
|---|---|---|---|---|
| 21 | BNSF Locomotive 4238 EDR Downloads Data Table Format | Both | | |
| 22 | BNSF Locomotive 6843 EDR Downloads Graphic Format | Both | | |
| 23 | BNSF Locomotive 6843 EDR Downloads Data Table Format | Both | | |
| 24 | Transcript of BNSF Disciplinary Hearing (Investigation) | Both | Irrelevant, Prejudice outweighs probative value | 402,403 |
| 25 | WITHDRAWN | | | |
| 26 | WITHDRAWN | | | |
| 27 | WITHDRAWN | | | |
| 28 | WITHDRAWN | | | |
| 29 | WITHDRAWN | | | |
| 30 | WITHDRAWN | | | |
| 31 | WITHDRAWN | | | |
| 32 | WITHDRAWN | | | |
| 33 | WITHDRAWN | | | |
| 34 | WITHDRAWN | | | |
| 35 | WITHDRAWN | | | |
| 36 | WITHDRAWN | | | |
| 37 | Color Photographs of train and scene on July 3, 2017 | Both | Foundation; Cumulative | No objection to Photographs 1-92; Photographs 93-171, 901,402,403; Photographs 172-207, 901,403 |

| 38 | WITHDRAWN | | | |
|----|-----------|---|---|---|
| 39 | WITHDRAWN | | | |
| 40 | WITHDRAWN | | | |
| 41 | WITHDRAWN | | | |
| 42 | WITHDRAWN | | | |
| 43 | WITHDRAWN | | | |
| 44 | WITHDRAWN | | | |
| 45 | WITHDRAWN | | | |
| 46 | WITHDRAWN | | | |
| 47 | WITHDRAWN | | | |
| 48 | WITHDRAWN | | | |
| 49 | WITHDRAWN | | | |
| 50 | WITHDRAWN | | | |
| 51 | All supporting documents in Paul F. Byrnes Report | Both | Not properly identified. Possible objections include foundation, lack of expertise, relevance, undue prejudice, hearsay | 802,901,402,403,702,703 |
| 52 | WITHDRAWN | | | |
| 53 | All supporting documents in Terry Cordray's Report | Both | Not properly identified. Possible objections include foundation, lack of expertise, relevance, | , 802,901,402,403,702,703 |

| | | | undue prejudice, hearsay | |
|---|---|---|---|---|
| 54 | WITHDRAWN | | | |
| 55 | BNSF Taxes and Fringe Benefits Package | Both | | |
| 56 | Life Expectancy Table | Both | | |
| 57 | All supporting documents in Dr. Rebecca Summary's Report | Both | Not properly identified.  Possible objections include foundation, lack of expertise, relevance, undue prejudice, hearsay | 802,901,402,403,702,703 |
| 58 | Foster Peterson Invoices | Both | Hearsay | 802 |
| 59 | Amber Stern Invoices | Both | Hearsay | 802 |
| 60 | October 17, 2017 BNSF Restricted Medications Memo | Both | | |
| 61 | BNSF Fitness for Duty Restrictions of Medication | Both | | |
| 62 | Email to John Collins regarding Train Separation prior to July 3, 2017 | Both | Relevance; Hearsay; not produced in discovery; Not properly identified | 402,403,802,901 |
| 63 | Defendant's Stipulation as to SSA Violation | | Relevance; Undue prejudice; Pleadings are not a proper exhibit, Hearsay. | 402, 403, 802 |
| 64 | Defendant's Withdrawal of Affirmative Defenses of Sole Case as to Count II of Plaintiffs' Complaints and Contributory Negligence as to Count I of Plaintiffs' Complaints | | Relevance; Undue prejudice; Pleadings are not a proper exhibit, Hearsay. | 402, 403, 802 |
| 65 | WITHDRAWN | | | |
| 66 | WITHDRAWN | | | |
| 67 | WITHDRAWN | | | |
| 68 | Defendant's Answer to Plaintiff's Complaint | 159 | Irrelevant, Hearsay | 802,402 |

| 69 | Employee Transcript | 159 | | |
|----|---------------------|-----|---|---|
| 70 | Personnel File | 159 | | |
| 71 | Employment Application | 159 | | |
| 72 | BNSF Medical File | 159 | | |
| 73 | Opus Notes | 159 | | |
| 74 | All correspondence to Jeff Alvested regarding medical bills that remain unpaid | 159 | Finally produced on 4/21/21, produced during discovery; foundation, relevance, undue prejudice. | 802,402,403, FRCP 26(a)(1)(A)(iii) and 37(c) |
| 75 | Plaintiff's Out-of-Pocket Expenses | 159 | Not specifically identified, finally produced on May 5, 2021, foundation, relevance. | 802,402,403, FRCP 26(a)(1)(A)(iii) and 37(c) |
| 76 | Locomotive Engineer Job Description | 159 | Not a correct description; Document was not produced in this case, no foundation, relevance. | 901,402,403 |
| 77 | PI Report | 159 | | |
| 78 | Supervisor's Report of Injury | 159 | Privileged | 49 USC 20903 |
| 79 | Handwritten Statement of Shawn Dent | 159 | | |
| 80 | FRA Form 6180.98 BNSF Employee Injury/Illness Record | 159 | Privileged | 42 USC 20903 |
| 81 | BNSF No Discipline Letter | 159 | Irrelevant, Prejudice outweighs probative value | 402,403 |
| 82 | WITHDRAWN | | | |
| 83 | Tables 1-6 of Dr. Rebecca Summary showing Wage History, Projected Wages, Past Lost Wages, Value of Household Services and | | | |

| | | | | |
|---|---|---|---|---|
| | Past Lost Household Services | | | |
| 84 | Plaintiff's 2012-2017 W-2's | 159 | | |
| 85 | Plaintiff's 2014-2016 tax returns | 159 | | |
| 86 | WITHDRAWN | | | |
| 87 | 3 above / 3 below | 159 | | |
| 88 | Medical Records of Ponca City Ambulance | 159 | | |
| 89 | Billing Records of Ponca City Ambulance | 159 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 90 | Medical Records of Alliance Health Ponca City | 159 | | |
| 91 | Billing Records of Alliance Health Ponca City | 159 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 92 | Medical Records of South Central Kansas Clinic | 159 | | |
| 93 | April 18, 2013 MRI of Left Shoulder | 159 | | |
| 94 | October 2, 2017 MRI of Left Shoulder | 159 | | |
| 95 | March 11, 2016 MRI of Lumbar Spine | 159 | | |
| 96 | October 2, 2017 MRI of Cervical Spine | 159 | | |
| 97 | December 14, 2018 MRI of Cervical Spine | 159 | | |
| 98 | Medical Records of Core Rehab | 159 | | |

| 99 | Medical Records of Midwest Physiatrists | 159 | | |
|---|---|---|---|---|
| 100 | Billing Records of Midwest Physiatrists | 159 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 101 | September 12, 2017 EMG | 159 | | |
| 102 | Medical Records of Ark Valley Physical Therapy | 159 | | |
| 103 | Billing Records of Ark Valley Physical Therapy | 159 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 104 | Medical Records of Abay Neuroscience Center | 159 | | |
| 105 | Billing Records of Abay Neuroscience Center | 159 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 106 | Medical Records of Mid-America Orthopedics | 159 | | |
| 107 | October 1, 2018 Left Shoulder Operative Report | 159 | | |
| 108 | May 2, 2019 Left Shoulder Operative Report | 159 | | |
| 109 | Medical Records of Kansas Spine & Specialty Hospital | 159 | | |
| 110 | February 6, 2018 Neck Injection | 159 | | |
| 111 | Medical Records of Kansas Orthopaedic Center | 159 | | |

| 112 | Medical Records of South Central Kansas Medical Center | 159 | | |
| 113 | Medical Records of Arkansas City Clinic | 159 | | |
| 114 | Dr. Stephen Connor Invoices | 159 | | |
| 115 | Lai Ann Simmons Invoices | 159 | | |
| 116 | Steve Benjamin Invoices | 159 | | |
| 117 | WITHDRAWN | | | |
| 118 | WITHDRAWN | | | |
| 119 | WITHDRAWN | | | |
| 120 | WITHDRAWN | | | |
| 121 | WITHDRAWN | | | |
| 122 | WITHDRAWN | | | |
| 123 | WITHDRAWN | | | |
| 124 | WITHDRAWN | | | |
| 125 | WITHDRAWN | | | |
| 126 | WITHDRAWN | | | |
| 127 | WITHDRAWN | | | |
| 128 | WITHDRAWN | | | |
| 129 | WITHDRAWN | | | |
| 130 | WITHDRAWN | | | |
| 131 | WITHDRAWN | | | |
| 132 | WITHDRAWN | | | |
| 133 | WITHDRAWN | | | |
| 134 | WITHDRAWN | | | |
| 135 | Defendant's Answer to Plaintiff's Complaint | 160 | Irrelevant, Hearsay, not a proper exhibit | . 402,802 |
| 136 | Employee Transcript | 160 | | |
| 137 | Personnel File | 160 | | |
| 138 | Employment Application | 160 | | |
| 139 | BNSF Medical File | 160 | | |
| 140 | Opus Notes | 160 | | |
| 141 | Job Title: Conductor | 160 | Not produced in this case or specific to Smithwick's location. foundation, relevance. | 402,901 |

| 142 | PI Report | 160 | | |
|---|---|---|---|---|
| 143 | Supervisor's Report of Injury | 160 | Privileged | 49 USC 20903 |
| 144 | Handwritten Statement of Brandon Smithwick | 160 | | |
| 145 | FRA Form 6180.98 BNSF Employee Injury/Illness Record | 160 | Privileged | 42 USC 20903 |
| 146 | BNSF No Discipline Letter | 160 | Irrelevant, Prejudice outweighs probative value | 402,403 |
| 147 | WITHDRAWN | | | |
| 148 | Tables 1-13 of Dr. Rebecca Summary showing Wage History, Projected Earning Capacity for Mean Wages and Cohort Wages, Deductions as Percent of AGI, After-Tax 2021 Income, Past Lost Wages, Present Value of Future Lost After-Tax Earning Capacity mean Wages and Cohort Wages, Value of Household Services, Present Value of Future, Present Value of Lost RRB Retirement Benefits Mean Base and Cohort, and Total Economic Loss | | | |
| 149 | Plaintiff's 2011-2018 W-2's | 160 | | |
| 150 | Plaintiff's 2015-2017 tax returns | 160 | | |
| 151 | WITHDRAWN | | | |
| 152 | 3 above / 3 below | 160 | | |
| 153 | Medical Records of Ponca City Ambulance | 160 | | |

| 154 | Medical Records of Alliance Health Ponca City | 160 | | |
|---|---|---|---|---|
| 155 | Billing Records of Alliance Health Ponca City | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 156 | Medical Records of Arkansas City Clinic | 160 | | |
| 157 | Billing Records of Arkansas City Clinic | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 158 | August 4, 2017 MRI report of neck | 160 | | |
| 159 | August 4, 2017 MRI report of right shoulder | 160 | | |
| 160 | November 16, 2017 MRI report of thoracic spine | 160 | | |
| 161 | May 11, 2018 Injection Report | 160 | | |
| 162 | May 15, 2018 MRI report of lumbar spine | 160 | | |
| 163 | Medical Records of South Central Medical Center | 160 | | |
| 164 | Billing Records of South Central Medical Center | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 165 | Medical Records of Kansas Orthopaedic Center | 160 | | |
| 166 | Billing Records of Kansas Orthopaedic Center | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills | 802,402,403,901 |

| | | | or would have paid bills if properly submitted | |
|---|---|---|---|---|
| 167 | August 21, 2017 EMG | 160 | | |
| 168 | August 30, 2017 Office note with injection | 160 | | |
| 169 | April 13, 2021 EMG | 160 | | |
| 170 | Medical Records of Neurology Consultants of Kansas | 160 | | |
| 171 | Billing Records of Neurology Consultants of Kansas | | | |
| 172 | Medical Records of East Advanced Orthopaedic Associates | 160 | | |
| 173 | October 18, 2017 Right Shoulder Operative Report | 160 | | |
| 174 | June 7, 2018 MRI report of right shoulder | 160 | | |
| 175 | Medical Records of Surgicare of Wichita | 160 | | |
| 176 | Medical Records of Ark Valley Physical Therapy | 160 | | |
| 177 | Billing Records of Ark Valley Physical Therapy | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 178 | Medical Records of Kansas Joint and Spine Specialists | 160 | | |
| 179 | November 26, 2017 MRI of Thoracic Spine | 160 | | |
| 180 | Medical Records of Pain Management Associates | 160 | | |
| 181 | Billing Records of Pain Management Associates | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills | 802,402,403,901 |

18

| | | | or would have paid bills if properly submitted | |
|---|---|---|---|---|
| 182 | June 14, 2018 Injection Report | 160 | | |
| 183 | June 28, 2018 Injection Report | 160 | | |
| 184 | August 9, 2018 Injection Report | 160 | | |
| 185 | September 20, 2018 Injection Report | 160 | | |
| 186 | Medical Records of Neuroscience Specialist | 160 | | |
| 187 | Billing Records of Neuroscience Specialist | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | . 802,402,403,901 |
| 188 | February 18, 2019 CT of Lumbar Spine | 160 | | |
| 189 | April 17, 2019 Operative Report | 160 | | |
| 190 | May 20, 2019 CT of Lumbar Spine | 160 | | |
| 191 | June 5, 2019 MRI of Lumbar Spine | 160 | | |
| 192 | October 31, 2019 CT of Lumbar Spine | 160 | | |
| 193 | May 11, 2020 CT of Lumbar Spine | 160 | | |
| 194 | July 20, 2020 MRI of Lumbar Spine | 160 | | |
| 195 | October 6, 2020 Operative Report | 160 | | |
| 196 | Medical Records of Oklahoma Spine Hospital | 160 | | |
| 197 | Billing Records of Oklahoma Spine Hospital | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills | 802,402,403,901 |

| | | | | |
|---|---|---|---|---|
| | | | or would have paid bills if properly submitted | |
| 198 | Medical Records of Infectious Disease Consultants | 160 | | |
| 199 | Medical Records of Integris Hospital | 160 | | |
| 200 | Billing Records of Integris Hospital | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 201 | Medical Records of Ark City Chiropractic | 160 | | |
| 202 | Medical Records of South Central Kansas Clinic | 160 | | |
| 203 | Medical Records of William Newton Hospital | 160 | | |
| 204 | Billing Records of William Newton Hospital | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |
| 205 | Medical Records of Winfield Family Therapy | 160 | | |
| 206 | 7/7/17 Fitness For Duty Recommendation | 160 | | |
| 207 | 4/13/18 Fitness For Duty Recommendation | 160 | | |
| 208 | Medical Records of New Perspectives Counseling | 160 | | |
| 209 | Billing Records of New Perspectives Counseling | 160 | Irrelevant; Foundation; Hearsay; Defendant paid bills or would have paid bills if properly submitted | 802,402,403,901 |

| 210 | All correspondence to Jeff Alvested regarding medical bills that remain unpaid | 160 | Finally produced on 4/21/21, not produced during discovery; foundation, relevance, undue prejudice. | 802,402,403,901, FRCP 26(a)(1)(A)(iii) and 37(c) |
|-----|---|-----|---|---|
| 211 | Plaintiff's Out-of-Pocket Expenses | 160 | Not specifically identified, finally produced on May 6, 2021, foundation, relevance. | 802,402,403,901, FRCP 26(a)(1)(A)(iii) and 37(c) |
| 212 | Dr. Stephen Connor Invoices | 160 | | |
| 213 | Lai Ann Simmons Invoices | 160 | | |
| 214 | Steve Benjamin Invoices | 160 | | |
| 215 | Dr. Russell Adams Invoices | 160 | | |
| 216 | WITHDRAWN | | | |
| 217 | WITHDRAWN | | | |
| 218 | WITHDRAWN | | | |
| 219 | WITHDRAWN | | | |
| 220 | WITHDRAWN | | | |
| 221 | WITHDRAWN | | | |
| 222 | WITHDRAWN | | | |
| 223 | WITHDRAWN | | | |
| 224 | WITHDRAWN | | | |
| 225 | WITHDRAWN | | | |
| 226 | WITHDRAWN | | | |
| 227 | WITHDRAWN | | | |
| 228 | WITHDRAWN | | | |
| 229 | WITHDRAWN | | | |
| 230 | WITHDRAWN | | | |
| 231 | WITHDRAWN | | | |
| 232 | WITHDRAWN | | | |

(Premarked for trial and exchanged as required under LCvR 39.4(a))

B.     Defendant:

21

<table>
<tr><td></td><td></td><td></td><td>Federal Rule of</td></tr>
</table>

| Number | Title/Description | Objection | Federal Rule of Evidence Relied Upon |

(Premarked for trial and exchanged as required under LCvR 39.4(a))

Note: Exhibits noted with an * are not intended to be used by BNSF based on the representations of Plaintiffs' counsel at the hearing on May 11, 2021; however, BNSF may use these Exhibits to rebuff assertions made by Plaintiffs in their case in chief or if Plaintiffs otherwise open the door.

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 1. | Locomotive BNSF 4883 video (watermarked) | Both | | |
| 2. | Locomotive BNSF 4238 video (watermarked) | Both | | |
| 3. | Locomotive BNSF 6843 video (watermarked) | Both | | |
| 4. | Report of Inspection re BNSF4238* | Both | | |
| 5. | Report of Inspection re BNSF4883* | Both | | |
| 6. | Report of Inspection re BNSF6843* | Both | | |
| 7. | Report of Inspection of Railcars at scene* | Both | | |
| 8. | Color Photographs of train and scene from July 3, 2017 | Both | | |

[5] As shorthand, Defendant is using "159" to stand for *Shawn Dent v. BNSF*, Case No. 18-CV-159-G, "160" to stand for *Brandon Smithwick v. BNSF*, Case No. 18-CV-160-G, and "both" to stand for both of the above referenced cases.

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 9. | Air Brake & Train Handling Rules* | Both | | |
| 10. | General Code of Operating Rules* | Both | | |
| 11. | AAR 2017 Field Manual * | Both | | |
| 12. | Locomotive Inspection & Repair Record re BNSF4238* | Both | | |
| 13. | Locomotive Air Brake inspection report re BNSF4238* | Both | | |
| 14. | Daily Inspection Report re BNSF4238* | Both | | |
| 15. | Locomotive Inspection & Repair Record re BNSF4883* | Both | | |
| 16. | Locomotive Air Brake inspection report re BNSF4883* | Both | | |
| 17. | Daily Inspection Report re BNSF4883* | Both | | |
| 18. | Locomotive Inspection & Repair Record re BNSF6843* | Both | | |
| 19. | Locomotive Air Brake inspection report re BNSF6843* | Both | | |
| 20. | Daily Inspection Report re BNSF6843* | Both | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 21. | Repair History re BNSF477947* | Both | | |
| 22. | Repair History re BNSF488336* | Both | | |
| 23. | Locomotive Defect Report* | Both | | |
| 24. | Locomotive Inspection Report* | Both | | |
| 25. | Crew Work Orders (clean copy) | Both | | |
| 26. | BNSF 4238 EDR (normal) | Both | | |
| 27. | BNSF 4238 EDR (expanded) | Both | | |
| 28. | BNSF 4238 EDR (tabular expanded) | Both | | |
| 29. | BNSF 4238 EDR (super expanded) | Both | | |
| 30. | BNSF 4883 EDR (normal) | Both | | |
| 31. | BNSF 4883 EDR (expanded) | Both | | |
| 32. | BNSF 4883 EDR (tabular expanded) | Both | | |
| 33. | BNSF 4883 EDR (super expanded) | Both | | |
| 34. | BNSF 6843 EDR (normal) | Both | | |
| 35. | BNSF 6843 EDR (expanded) | Both | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 36. | BNSF 6843 EDR (tabular expanded) | Both | | |
| 37. | BNSF 6843 EDR (super expanded) | Both | | |
| 38. | EDR Graph – BNSF 4883, 1 minute; EDR Graph – BNSF4883, 10 minute; EDR Graph – BNSF6843, 10 minute | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 39. | Native format video – BNSF4883 | Both | | |
| 40. | Native format video – BNSF4238 | Both | | |
| 41. | Native format video – BNSF6843 | Both | | |
| 42. | BNSF 4883 Raw Data Peterson File | Both | | |
| 43. | BNSF 6843 Raw Data Peterson File | Both | | |
| 44. | BNSF 4883 Wi-Nav Data Peterson File | Both | | |
| 45. | BNSF 6843 Wi-Nav Data Peterson File | Both | | |
| 46. | Mechanical Locomotive Systems Defect Report for BNSF 4283 with comments* | Both | | |
| 47. | Red River Timetable | Both | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 48. | Red River Track chart (MP 300-305) | Both | | |
| 49. | General Track Bulletin July 3, 2017 | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 50. | TY&E Safety Rules | Both | | |
| 51. | System Special Instructions* | Both | | |
| 52. | Dent Collective Bargaining Agreements updated December 2010 and Smithwick Collective Bargaining Agreements effective July 1, 1983* | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 53. | Field Audio | Both | | |
| 54. | SIDOL Exceptions* | Both | | |
| 55. | Service Interruptions Detail* | Both | | |
| 56. | General Order No. 32 March 7, 2014* | Both | | |
| 57. | General Order No. 75* | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 58. | Fitness for Duty Restrictions of Medications | Both | | |
| 59. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 60. | Hazmat instructions* | Both | | |
| 61. | Air hoses from BNSF477947 and BNSF488336 | Both | | |
| 62. | Withdrawn | | | |
| 63. | Byrnes Testimony List | Both | | |
| 64. | Byrnes Fee Schedule | Both | | |
| 65. | Withdrawn | | | |
| 66. | Withdrawn | | | |
| 67. | Withdrawn | | | |
| 68. | Withdrawn | | | |
| 69. | Withdrawn | | | |
| 70. | Investigation transcript and exhibits | Both | | |
| 71. | Withdrawn | | | |
| 72. | Withdrawn | | | |
| 73. | Withdrawn | | | |
| 74. | Withdrawn | | | |
| 75. | Withdrawn | | | |
| 76. | Withdrawn | | | |
| 77. | Exhibit 5 to the deposition of Foster Peterson Powerpoint article | Both | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 78. | Withdrawn | | | |
| 79. | Foster Peterson Figures 1 through 13 | Both | Hearsay | 801 |
| 80. | Exhibit 1 to the deposition of Anthony Soto Supervisor's report (Smithwick) * | 160 | | |
| 81. | Exhibit 2 to the deposition of Anthony Soto Supervisors report (Dent) * | 159 | | |
| 82. | Exhibit 3 to the deposition of Anthony Soto Ltr to Dent from Sauceda dated July 24, 2017* | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 83. | Exhibit 4 to the deposition of Anthony Soto Ltr to Smithwick from Sauceda dated July 24, 2017* | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 84. | Exhibit 6 to the deposition of Anthony Soto Ltr to Smithwick from Sauceda dated September 7, 2017 re no discipline assessed* | 160 | | |
| 85. | Exhibit 7 to the deposition of Anthony Soto Ltr to Dent from Sauceda dated September 7, 2017 re no discipline assessed* | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 86. | Exhibit 8 to the deposition of Anthony Soto EDR BNSF4083* | Both | | |
| 87. | Exhibit 9 to the deposition of Anthony Soto EDR BNSF6843* | Both | | |
| 88. | Withdrawn | | | |
| 89. | Withdrawn | | | |
| 90. | Exhibit 2 to the deposition of Amber Stern materials relied upon for opinion | Both | | |
| 91. | Exhibit 3 to the deposition of Amber Stern ESI invoices to date | Both | | |
| 92. | Withdrawn | | | |
| 93. | Exhibit 5 to the deposition of Amber Stern File materials | Both | | |
| 94. | Exhibit 1 to the deposition of Kenneth Theerman Letter to Smithwick and Dent from Sauceda dated July 24, 2017 re investigation | Both | | |
| 95. | Withdrawn | | | |
| 96. | Withdrawn | | | |
| 97. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 98. | Exhibit 5 to the deposition of Kenneth Theerman Email from Zenner dated August 15, 2017* | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 99. | Exhibit 6 to the deposition of Kenneth Theerman No Discipline assessed letter to Dent dated September 7, 2017* | Both | | |
| 100. | Exhibit 7 to the deposition of Kenneth Theerman No discipline assessed letter to Smithwick dated September 7, 2017* | Both | | |
| 101. | Withdrawn | | | |
| 102. | Withdrawn | | | |
| 103. | Withdrawn | | | |
| 104. | Exhibit 11 to the deposition of Kenneth Theerman Color Photo | Both | | |
| 105. | Exhibit 1 to the deposition of Matthew Zenner investigation postponement letter to Dent dated July 28, 2017* | 159 | | |
| 106. | Exhibit 2 to the deposition of Matthew Zenner investigation letter to Smithwick* | 160 | Irrelevant | 401, et seq. |
| 107. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 108. | Withdrawn | | | |
| 109. | Withdrawn | | | |
| 110. | Withdrawn | | | |
| 111. | Withdrawn | | | |
| 112. | Withdrawn | | | |
| 113. | Withdrawn | | | |
| 114. | Withdrawn | | | |
| 115. | Dent Personal Injury Report | 159 | | |
| 116. | Dent Employee transcript | 159 | | |
| 117. | Dent's handwritten injury report | 159 | | |
| 118. | Job task analysis - Engineer | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 119. | Withdrawn | | | |
| 120. | Withdrawn | | | |
| 121. | Withdrawn | | | |
| 122. | Withdrawn | | | |
| 123. | Withdrawn | | | |
| 124. | Withdrawn | | | |
| 125. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 126. | Ops testing results for MP 300-304 for Engineers* | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 127. | Ops Testing Reference Guide* | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 128. | Ops Testing Reference Guide Remote Audit Supplement* | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 129. | Dent's RFE ride along reports from May 23, 2008 to February 27, 2017* | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 130. | Dent's Personnel file | 159 | | |
| 131. | Dent's RRB file | 159 | Irrelevant; Prejudice Outweighs Probative Value Hearsay | 401, 403, 801 |
| 132. | Dent's OPUS Notes | 159 | | |
| 133. | Dent's BNSF Medical File | 159 | | |
| 134. | Dent - Earnings history | 159 | | |
| 135. | Dent - Tax Fringe Benefits | 159 | | |
| 136. | Dent's Seniority roster | 159 | | |

32

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 137. | Documents Produced by Aflac re: Dent | 159 | Irrelevant; Prejudice Outweighs Probative Value Hearsay | 401, 403, 801 |
| 138. | Dent's medical records from Alliance Health | 159 | | |
| 139. | Dent's medical records from Ponca City Open MRI | 159 | | |
| 140. | Dent's medical records from Kansas Orthopaedic Center | 159 | | |
| 141. | Dent's medical records from Ark Valley Physical Therapy | 159 | | |
| 142. | Dent's medical records from Ark City Clinic | 159 | | |
| 143. | Dent's medical records from New Perspectives | 159 | | |
| 144. | Dent's medical records from Dillons Pharmacy | 159 | | |
| 145. | Dent's medical records from South Central Kansas Clinic | 159 | | |
| 146. | Dent's medical records from Health Mart aka Graves Drug | 159 | | |
| 147. | Dent's medical records from Hillside Medical Group | 159 | | |
| 148. | Dent's medical records from Kansas Spine & Specialty | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 149. | Dent's medical records from Specialists in Psychological Counseling & Consulting | 159 | | |
| 150. | Dent's medical records from Mid-America Orthopedics | 159 | | |
| 151. | Dent's medical records from Wesley Woodlawn Hospital | 159 | | |
| 152. | Dent's medical records from Ponca City EMS | 159 | | |
| 153. | Dent's medical records from Precision Surgery Center | 159 | | |
| 154. | Dent's medical records from South Central Kansas Medical Center | 159 | | |
| 155. | Dent's medical records from Weightwise Bariatric | 159 | | |
| 156. | Dent's medical records from Walmart | 159 | | |
| 157. | Dent's medical records from Wichita VA Medical Center | 159 | | |
| 158. | Dent's medical records from Core Rehabilitation | 159 | | |
| 159. | Dent's medical records from Midwest Physiatrists | 159 | | |
| 160. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 161. | Withdrawn | | | |
| 162. | Withdrawn | | | |
| 163. | Exhibit 4 to the deposition of Steve Benjamin Invoice | 159 | | |
| 164. | Withdrawn | | | |
| 165. | Withdrawn | | | |
| 166. | Exhibit 7 to the deposition of Steve Benjamin handwritten notes | 159 | | |
| 167. | Exhibit 8 to the deposition of Steve Benjamin Restricted medications | 159 | | |
| 168. | Withdrawn | | | |
| 169. | Withdrawn | | | |
| 170. | Withdrawn | | | |
| 171. | Withdrawn | | | |
| 172. | Withdrawn | | | |
| 173. | Withdrawn | | | |
| 174. | Exhibit 7 to the deposition of Terry Cordray Invoices | 159 | Irrelevant; Hearsay | 401, 801 |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 175. | Exhibit 8 to the deposition of Terry Cordray – communications between Cordray and BNSF Railway Company | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 176. | Exhibit 9 to the deposition of Terry Cordray materials from BNSF personnel file | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 177. | Exhibit 10 to the deposition of Terry Cordray – Dent intake form at Rehabilitation Expertise, LLC | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 178. | Exhibit 11 to the deposition of Terry Cordray Correspondence between Cordray and Plaintiff's counsel | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 179. | Exhibit 12 to the deposition of Terry Cordray  Handwritten notes | 159 | | |
| 180. | Exhibit 13 to the deposition of Terry Cordray list of jobs available at BNSF | 159 | | |
| 181. | Exhibit 14 to the deposition of Terry Cordray List of jobs available through Kansas Employment services | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 182. | Exhibit 15 to the deposition of Terry Cordray Job analysis report | 159 | | |
| 183. | Withdrawn | | | |
| 184. | Exhibit 2 to the deposition of Shawn Dent Work Orders (Crew copy) | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 185. | Withdrawn | | | |
| 186. | Withdrawn | | | |
| 187. | Withdrawn | | | |
| 188. | Withdrawn | | | |
| 189. | Withdrawn | | | |
| 190. | Withdrawn | | | |
| 191. | Withdrawn | | | |
| 192. | Withdrawn | | | |
| 193. | Withdrawn | | | |
| 194. | Withdrawn | | | |
| 195. | Withdrawn | | | |
| 196. | Withdrawn | | | |
| 197. | Withdrawn | | | |
| 198. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 199. | Exhibit 17 to the deposition of Shawn Dent BNSF 4883 event recorder info | 159 | | |
| 200. | Exhibit 18 to the deposition of Shawn Dent BNSF6843 event recorder info | 159 | | |
| 201. | Withdrawn | | | |
| 202. | Withdrawn | | | |
| 203. | Exhibit 1 to the deposition of Dana Dickey OPUS Notes | 159 | | |
| 204. | Exhibit 2 to the deposition of Dana Dickey Medical File | 159 | | |
| 205. | Exhibit 3 to the deposition of Dana Dickey Letters to Shawn Dent | 159 | | |
| 206. | Withdrawn | | | |
| 207. | Withdrawn | | | |
| 208. | Withdrawn | | | |
| 209. | Withdrawn | | | |
| 210. | Withdrawn | | | |
| 211. | Withdrawn | | | |
| 212. | Withdrawn | | | |
| 213. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 214. | Withdrawn | | | |
| 215. | Withdrawn | | | |
| 216. | Withdrawn | | | |
| 217. | Exhibit 1 to the deposition of Chris Miller med recs | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 218. | Exhibit 1 to the deposition of Cindy Minkler Progress Notes | 159 | | |
| 219. | Exhibit 2 to the deposition of Cindy Minkler Progress notes | 159 | | |
| 220. | Exhibit 1 to the deposition Pedro Murati med recs | 159 | | |
| 221. | Exhibit 1 to the trial deposition of Xavier Ng med recs | 159 | | |
| 222. | Exhibit 2 to the trial deposition of Xavier Ng med recs | 159 | | |
| 223. | Exhibit 3 to the trial deposition of Xavier Ng Med recs PLTF0928-0936 | 159 | | |
| 224. | Exhibit 4 to the trial deposition of Xavier Ng Fitness for duty | 159 | | |
| 225. | Exhibit 5 to the deposition of Xavier Ng | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 226. | Exhibit 1 to the deposition of David Schmeidler med recs | 159 | | |
| 227. | Withdrawn | | | |
| 228. | Exhibit 2 to the deposition of Lai Ann Simmons med history form, consents to treat and pain drawings | 159 | | |
| 229. | Exhibit 3 to the deposition of Lai Ann Simmons list of items sent to Simmons | 159 | | |
| 230. | Exhibit 4 to the deposition of Lai Ann Simmons CV | 159 | Hearsay | 801 |
| 231. | Withdrawn | | | |
| 232. | Withdrawn | | | |
| 233. | Withdrawn | | | |
| 234. | Exhibit 8 to the deposition of Lai Ann Simmons BNSF attention provider letter | 159 | | |
| 235. | Exhibit 1 to the trial deposition of Justin Strickland Work restriction report 07/31/18 | 159 | | |
| 236. | Exhibit 2 to the trial deposition of Justin Strickland Operative Report 10/01/18 | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 237. | Exhibit 3 to the trial deposition of Justin Strickland Office visit 10/18/13 | 159 | | |
| 238. | Exhibit 4 to the trial deposition of Justin Strickland Photograph | 159 | | |
| 239. | Exhibit 5 to the trial deposition of Justin Strickland Operative report 5/02/19 | 159 | | |
| 240. | Exhibit 6 to the trial deposition of Justin Strickland Medical records | 159 | | |
| 241. | Exhibit 7 to the trial deposition of Justin Strickland BNSF's copy of med recs 1-75 | 159 | | |
| 242. | Withdrawn | | | |
| 243. | Exhibit 2 to the deposition of Rebecca Summary Letter | 159 | | |
| 244. | Exhibit 3 to the deposition of Rebecca Summary Table | 159 | | |
| 245. | Exhibit 4 to the deposition of Rebecca Summary Report | 159 | | |
| 246. | Exhibit 5 to the deposition of Rebecca Summary Report | 159 | | |
| 247. | Exhibit 6 to the deposition of Rebecca Summary Report | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 248. | Exhibit 7 to the deposition of Rebecca Summary Report | 159 | | |
| 249. | Exhibit 8 to the deposition of Rebecca Summary Article | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 250. | Exhibit 9 to the deposition of Rebecca Summary Article | 159 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 251. | Exhibit 10 to the deposition of Rebecca Summary Record | 159 | | |
| 252. | Exhibit 11 to the deposition of Rebecca Summary Record | 159 | | |
| 253. | Exhibit 12 to the deposition of Rebecca Summary Letter | 159 | | |
| 254. | Withdrawn | | | |
| 255. | Exhibit 1 to the deposition of Eric Thomson Med recs | 159 | | |
| 256. | Exhibit 1 to the trial deposition of James Weimar Patient health history | 159 | | |
| 257. | Exhibit 2 to the trial deposition of James Weimar Weimar Timeline, handwritten | 159 | Irrelevant; Prejudice Outweighs Probative Value; Hearsay | 401, 403, 801 |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 258. | Exhibit 94 to the trial deposition of James Weimar Med recs | 159 | | |
| 259. | Smithwick Personal Injury Report | 160 | | |
| 260. | Smithwick's handwritten injury report | 160 | | |
| 261. | Smithwick's Employee Transcript | 160 | | |
| 262. | Job Task Analysis – Conductor | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 263. | Withdrawn | | | |
| 264. | Withdrawn | | | |
| 265. | Smithwick's Personnel file | 160 | | |
| 266. | Smithwick's RRB file | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 267. | Smithwick's OPUS Notes including all updates | 160 | | |
| 268. | Smithwick Earnings history | 160 | | |
| 269. | Smithwick Tax Fringe Benefits | 160 | | |
| 270. | Smithwick's Seniority Roster | 160 | | |
| 271. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 272. | Withdrawn | | | |
| 273. | Correspondence between Plaintiff and Dana Dickey | Both | | |
| 274. | Recorded conversation between Plaintiff and Dana Dickey – October 5, 2017 | 160 | | |
| 275. | Recorded conversation between Plaintiff and Dana Dickey – January 3, 2018 | 160 | | |
| 276. | Recorded conversation between Plaintiff and Dana Dickey – January 4, 2018 | 160 | | |
| 277. | Recorded conversation between Plaintiff and Dana Dickey – January 5, 2018 | 160 | | |
| 278. | Recorded conversation between Plaintiff and Dana Dickey – January 12, 2018 | 160 | | |
| 279. | Recorded conversation between Plaintiff and Dana Dickey – January 26, 2018 | 160 | | |
| 280. | Recorded conversation between Plaintiff and Dana Dickey – February 7, 2018 | 160 | | |
| 281. | Recorded conversation between Plaintiff and Dana Dickey – February 13, 2018 | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 282. | Recorded conversation between Plaintiff and Dana Dickey – February 14, 2018 | 160 | | |
| 283. | Recorded conversation between Plaintiff and Dana Dickey – April 13, 2018 | 160 | | |
| 284. | Recorded conversation between Plaintiff and Dana Dickey – May 24, 2018 | 160 | | |
| 285. | Recorded conversation between Plaintiff and Dana Dickey – July 27, 2018 | 160 | | |
| 286. | Documents produced by Verizon re: Smithwick | 160 | Irrelevant; Prejudice Outweighs Probative Value, Hearsay | 401, 403, 801 |
| 287. | Smithwick's medical records from Ark City Clinic (Herrera) | 160 | | |
| 288. | Smithwick's medical records from Alliance Health | 160 | | |
| 289. | Smithwick's medical records from Kansas Orthopaedic Center | 160 | | |
| 290. | Smithwick's medical records from Kansas Joint & Spine | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 291. | Smithwick's medical records from Advanced Orthopedic Associates (Prohaska) | 160 | | |
| 292. | Smithwick's medical records from Walmart | 160 | | |
| 293. | Smithwick's medical records from Ark Valley Physical Therapy | 160 | | |
| 294. | Smithwick's medical records from Pain Management Associates | 160 | | |
| 295. | Smithwick's medical records from Neurology Consultants of Kansas | 160 | | |
| 296. | Smithwick's medical records from William Newton Hospital | 160 | | |
| 297. | Smithwick's medical records from Ponca City EMS | 160 | | |
| 298. | Smithwick's medical records from Ark City Chiropractic (House) | 160 | | |
| 299. | Smithwick's medical records from South Central Kansas Medical Center | 160 | | |
| 300. | Smithwick's medical records from Surgicare of Wichita | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 301. | Smithwick's medical records from South Central Kansas Clinic | 160 | | |
| 302. | Smithwick's medical records from St. Francis Health – Topeka | 160 | | |
| 303. | Smithwick's medical records from Walgreens | 160 | | |
| 304. | Smithwick's medical records from Winfield Medical Arts | 160 | | |
| 305. | Smithwick's medical records from Neuroscience Specialists | 160 | | |
| 306. | Smithwick's medical records from Winfield Family Therapy (Roe) | 160 | | |
| 307. | Smithwick's medical records from Oklahoma Spine Hospital | 160 | | |
| 308. | Smithwick's medical records from Advantage Diagnostics | 160 | | |
| 309. | Smithwick's medical records from New Perspectives | 160 | Irrelevant; Prejudice Outweighs Probative Value, Plaintiff only objects to pages 4, 21 & 24 | 401, 403 |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 310. | Smithwick's medical records from Integris | 160 | | |
| 311. | Smithwick's medical records from Infectious Disease Consultants | 160 | | |
| 312. | Withdrawn | | | |
| 313. | Withdrawn | | | |
| 314. | Withdrawn | | | |
| 315. | Exhibit 4 to the deposition of Russell Adams Invoice | 160 | | |
| 316. | Exhibit 5 to the deposition of Russell Adams OUHSC adult neuro lab prescribed tests | 160 | | |
| 317. | Exhibit 6 to the deposition of Russell Adams File | 160 | Irrelevant; Prejudice Outweighs Probative Value; Hearsay | 401, 403, 801 |
| 318. | Withdrawn | | | |
| 319. | Withdrawn | | | |
| 320. | Withdrawn | | | |
| 321. | Exhibit 4 to the deposition of Steve Benjamin Invoice | 160 | | |
| 322. | Withdrawn | | | |
| 323. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 324. | Withdrawn | | | |
| 325. | Exhibit 8 to the deposition of Steve Benjamin Smithwick file | 160 | | |
| 326. | Withdrawn | | | |
| 327. | Withdrawn | | | |
| 328. | Withdrawn | | | |
| 329. | Withdrawn | | | |
| 330. | Withdrawn | | | |
| 331. | Exhibit 6 to the deposition of Terry Cordray Code of Professional ethics | 160 | | |
| 332. | Withdrawn | | | |
| 333. | Withdrawn | | | |
| 334. | Withdrawn | | | |
| 335. | Withdrawn | | | |
| 336. | Exhibit 11 to the deposition of Terry Cordray conductor job description | 160 | | |
| 337. | Exhibit 12 to the deposition of Terry Cordray 11/25/13 conductor job description | 160 | | |
| 338. | Exhibit 13 to the deposition of Terry Cordray handwritten notes | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 339. | Exhibit 14 to the deposition of Terry Cordray work file | 160 | | |
| 340. | Exhibit 1 to the deposition of Dana Dickey Super report | 160 | | |
| 341. | Exhibit 2 to the deposition of Dana Dickey File | 160 | | |
| 342. | Exhibit 3 to the deposition of Dana Dickey Super report | 160 | | |
| 343. | Exhibit 4 to the deposition of Dana Dickey Restricted medications dated October 17, 2017 | 160 | ₮ | |
| 344. | Exhibit 5 to the deposition of Dana Dickey AOA notes | 160 | | |
| 345. | Exhibit 6 to the deposition of Dana Dickey Herrera 03/28/18 | 160 | | |
| 346. | Exhibit 7 to the deposition of Dana Dickey correspondence | 160 | | |
| 347. | Exhibit 1 to the deposition of James Gluck Med recs | 160 | | |
| 348. | Withdrawn | | | |
| 349. | Defendant's Exhibits 1-10 to the trial deposition of Michael Hahn | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 350. | Plaintiff's Exhibits 2-10 to the trial deposition of Michael Hahn | 160 | | |
| 351. | Reserved for Hahn trial exhibits | 160 | | |
| 352. | Reserved for Hahn trial exhibits | 160 | | |
| 353. | Exhibit 1 to the deposition of Ray Hand Examination report | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 354. | Exhibit 2 to the deposition of Ray Hand consent document | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 355. | Exhibit 3 to the deposition of Ray Hand medication list | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 356. | Exhibit 4 to the deposition of Ray Hand additional notes | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 357. | Exhibit 5 to the deposition of Ray Hand RRB provider exam protocol | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 358. | Exhibit 6 to the deposition of Ray Hand consultative examination | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 359. | Defendant's Exhibit 1 to the trial deposition of Mauricio Herrera Med Recs | 160 | | |
| 360. | Defendant's Exhibit 2 to the trial deposition of Mauricio Herrera Return to Work 02/14/17 | 160 | | |
| 361. | Defendant's Exhibit 3 to the trial deposition of Mauricio Herrera Return to work 02/06/18 | 160 | | |
| 362. | Defendant's Exhibit 4 to the trial deposition of Mauricio Herrera Timeline with handwritten notes | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 363. | Plaintiff's Exhibit 1 to the trial deposition of Mauricio Herrera Medical release 03/28/18 | 160 | | |
| 364. | Plaintiff's Exhibit 131 to the trial deposition of Mauricio Herrera Med Recs | 160 | | |
| 365. | Withdrawn | | | |
| 366. | Withdrawn | | | |
| 367. | Withdrawn | | | |
| 368. | Exhibit 1 to the deposition of Christopher Jordan intake form | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 369. | Exhibit 2 to the deposition of Christopher Jordan pain disability questionnaire | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 370. | Exhibit 3 to the deposition of Christopher Jordan RRB provider exam protocol form | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 371. | Exhibit 4 to the deposition of Christopher Jordan, Prohaska med recs | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 372. | Exhibit 1 to the deposition of Adam Keesling Ark City Clinic meds | 160 | | |
| 373. | Exhibit 2 to the deposition of Adam Keesling South central Kansas meds | 160 | | |
| 374. | Exhibits 1-5 to the trial deposition of Steve McKinney | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 375. | Exhibit 1 to the deposition of Cindy Minkler Progress notes | 160 | | |
| 376. | Exhibit 2 to the deposition of Cindy Minkler progress notes | 160 | | |
| 377. | Exhibit 1 to the deposition of Daniel Prohaska Pre-Op H&P | 160 | | |
| 378. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 379. | Exhibit 1 to the trial deposition of Amanda Roe Progress Notes | 160 | Irrelevant; Prejudice Outweighs Probative Value; Plaintiff only objects to pages 4, 21 & 26 | 401, 403 |
| 380. | Exhibit 2 to the trial deposition of Amanda Roe Progress Note 01/14/2020 | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 381. | Exhibit 3 to the trial deposition of Amanda Roe Progress Note 01/29/2020 | 160 | | |
| 382. | Exhibit 4 to the trial deposition of Amanda Roe Progress Note 01/29/2020 | 160 | | |
| 383. | Plaintiff's Exhibit 129 to the trial deposition of Amanda Roe Progress Notes | 160 | | |
| 384. | Plaintiff's Exhibit 130 to the trial deposition of Amanda Roe Billing statement | 160 | | |
| 385. | Withdrawn | | | |
| 386. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 387. | Exhibit 3 to the deposition of Brandon Smithwick hand drawn diagram | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 388. | Withdrawn | | | |
| 389. | Exhibit 2 to the deposition of Rebecca Summary Letter | 160 | | |
| 390. | Withdrawn | | | |
| 391. | Exhibit 4 to the deposition of Rebecca Summary RRB | 160 | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 392. | Withdrawn | | | |
| 393. | Correspondence to Plaintiff's counsel regarding injury care billing* | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 394. | Withdrawn | | | |
| 395. | Withdrawn | | | |
| 396. | Withdrawn | | | |
| 397. | Withdrawn | | | |
| 398. | Withdrawn | | | |
| 399. | Withdrawn | | | |
| 400. | Withdrawn | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 401. | Demonstrative exhibits – Model train | Both | Irrelevant; Prejudice Outweighs Probative Value | 401, 403 |
| 402. | Withdrawn | | | |
| 403. | Withdrawn | | | |
| 404. | Withdrawn | | | |
| 405. | Withdrawn | | | |
| 406. | Radiology – Kansas Orthopaedic Center (Dent) | 159 | | |
| 407. | Radiology – Ponca City Open MRI (Dent) | 159 | | |
| 408. | Radiology – Kansas Spine & Specialty (Dent) | 159 | | |
| 409. | Radiology – South Central Kansas Medical Center (Dent) | 159 | | |
| 410. | Radiology – Dr. Conner conducted during IME (Dent) | 159 | | |
| 411. | Radiology – Oklahoma Spine Hospital (Smithwick) | 160 | | |
| 412. | Radiology – Advantage Diagnostics (Smithwick) | 160 | | |
| 413. | Radiology – South Central Kansas Medical Center (Smithwick) | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 414. | Radiology – William Newton (Smithwick) | 160 | | |
| 415. | Radiology – Kansas Orthopaedic Center (Smithwick) | 160 | | |
| 416. | Radiology – Dr. Conner conducted during IME (Smithwick) | 160 | | |
| 417. | Exhibit 4 to the deposition of Lai Ann Simmons (invoice) | 160 | | |
| 418. | Exhibit 5 to the deposition of Lai Ann Simmons (invoice) | 160 | | |
| 419. | Withdrawn | | | |
| 420. | Exhibit 8 to the deposition of Lai Ann Simmons (FCE paperwork re Smithwick) | 160 | Irrelevant | 401 |
| 421. | Exhibit 9 to the deposition of Lai Ann Simmons (docs provided to Simmons re Smithwick) | 160 | | |
| 422. | Dent's medical records - Walgreens | 159 | | |
| 423. | Dent's medical records – Express Scripts | 159 | | |
| **AS NEEDED EXHIBITS** | | | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 424. | Advantage Diagnostics billing records (Smithwick) | 160 | | |
| 425. | Ark City Clinic billing records (Smithwick) | 160 | | |
| 426. | Kansas Orthopaedic billing records (Smithwick) | 160 | | |
| 427. | South Central Kansas Clinic (Smithwick) | 160 | | |
| 428. | Ark Valley Physical Therapy billing records (Smithwick) | 160 | | |
| 429. | Advanced Orthopedic Associates billing records (Smithwick) | 160 | | |
| 430. | Pain Management Associates billing records (Smithwick) | 160 | | |
| 431. | Neurology Consultants of Kansas billing records (Smithwick) | 160 | | |
| 432. | Ponca City EMS billing records (Smithwick) | 160 | | |
| 433. | Surgicare of Wichita billing records (Smithwick) | 160 | | |
| 434. | South Central Kansas Medical Center billing records (Smithwick) | 160 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 435. | Aegis Sciences billing records (Smithwick) | 160 | | |
| 436. | Neuroscience Specialists billing records (Smithwick) | 160 | | |
| 437. | Winfield Family Therapy billing records (Smithwick) | 160 | | |
| 438. | William Newton Hospital billing records (Smithwick) | 160 | | |
| 439. | Wichita Radiological Group billing records (Smithwick) | 160 | | |
| 440. | Oklahoma Spine Hospital billing records (Smithwick) | 160 | | |
| 441. | Integris Miami billing records (Smithwick) | 160 | | |
| 442. | New Perspectives billing records (Smithwick) | 160 | | |
| 443. | Infectious Disease Consultants billing records (Smithwick) | 160 | | |
| 444. | Precision Surgery Center billing records (Dent) | 159 | | |
| 445. | Midwest Physiatrist billing records (Dent) | 159 | | |
| 446. | Mid-America Orthopedics billing records (Dent) | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 447. | Abay Neuroscience Center billing records (Dent) | 159 | | |
| 448. | Kansas Spine & Specialty billing records (Dent) | 159 | | |
| 449. | David Tolson billing records (Dent) | 159 | | |
| 450. | Core Rehab billing records (Dent) | 159 | | |
| 451. | Hillside Medical Group billing records (Dent) | 159 | | |
| 452. | Woodlawn Hospital billing records (Dent) | 159 | | |
| 453. | Weightwise Bariatric billing records (Dent) | 159 | | |
| 454. | South Central Kansas Clinic billing records (Dent) | 159 | | |
| 455. | Kansas Orthopaedic billing records (Dent) | 159 | | |
| 456. | Ark Valley Physical Therapy billing records (Dent) | 159 | | |
| 457. | Ponca City EMS billing records (Dent) | 159 | | |
| 458. | South Central Kansas Medical Center billing records (Dent) | 159 | | |

| Ex. No. | Title/Description | Case [5] | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|---|
| 459. | Ark City Clinic billing records (Dent) | 159 | | |
| 460. | Wichita Radiological Group billing records (Dent) | 159 | | |
| | | | | |

A.    Plaintiffs:

| Name | Address | Case | Proposed Testimony |
|---|---|---|---|
| Shawn Dent | 209 South D Arkansas City, KS 67005 | Both | Plaintiff will testify concerning incident of July 3, 2017, nature and extent of injury, effort to return to work, pain and suffering, disability and mental anguish |
| Brandon Smithwick | 107 West Walnut Avenue Arkansas City, KS 67005 | Both | Mr. Smithwick is a co-employee and an employee of Defendant BNSF Railway Company who possesses knowledge concerning the facts and circumstances of the incident and injuries on July 3, 2017. |
| Mr. Paul Byrnes | 153 East 3150 Avenue Bingham, IL  62011 | Both | Mr. Paul Byrnes – Mr. Byrnes will testify specifically including but not limited to an opinion that Defendant failed to provide Plaintiff with a reasonably safe place to work and the air hoses failed to operate as intended on the date of the injury incident of July 3, 2017. He will also testify about the impact experienced by Plaintiffs during the slack action. He will testify that Plaintiffs were not the sole cause of their injuries. |
| Dr. Rebecca Summary | Forensic Economics Consulting 1313 Kenwood Drive Cape Girardeau, MO 63701 | Both | Dr. Rebecca Summary – Dr. Summary is expected testify about Plaintiffs' past, present and future economic losses, Plaintiffs' loss of earning capacity and the present cash value of his future economic losses, including, but not limited to, economic losses from salary and |

| | | | |
|---|---|---|---|
| | | | fringe benefits, including Plaintiffss health insurance benefits, past and future sustained as a result of his work related injuries on July 3, 2017. |
| John Collins | c/o BNSF Railway Company | Both | Mr. Collins is a co-employee of Defendant BNSF Railway Company who possesses knowledge concerning the facts and circumstances of the incident on July 3, 2017 and the investigation concerning potential disciplinary action of Plaintiff and Plaintiff's attempts to return to work including available jobs Plaintiff can work due to his seniority.  Mr. Collins will testify about his observation of the changes of Plaintiff Smithwick's psychological conditions and demeanor since the July 3,2017 incident. |
| Dr. Eric Thomson | South Central Kansas Clinic 515 N. Summit Arkansas City, KS 67005 | 159 | Dr. Eric Thomson – Dr. Thomson is one of Plaintiff's treating physicians and will testify regarding medical treatment for Plaintiff's injuries. |
| Dr. James Weimar | Abay Neuroscience Center 3223 N. Webb Road, #1 Wichita, KS  67226 | 159 | Dr. James Weimar - Dr. Weimar is one of Plaintiff's treating physicians and will testify regarding medical causation for Plaintiff's injuries as well as Plaintiff's treatment. |
| Dr. Justin Strickland | Mid-America Orthopedics 1824 East James Street Derby, KS  67037 | 159 | Dr. Justin Strickland - Dr. Strickland is one of Plaintiff's treating physicians and will testify regarding medical causation for Plaintiff's injuries as well as Plaintiff's treatment. |
| Dr. Chris Miller | Kansas Orthopaedic Center 7550 W Village Circle Wichita, KS  67205 | 159 | Dr. Chris Miller – Dr. Miller is one of Plaintiff's treating physicians and will testify regarding Plaintiff's previous treatment for his left shoulder. |
| Cindy Minkler | Ark Valley Physical Therapy | 159 | Ms. Minkler is one of Plaintiff's treating physical therapists and will testify regarding |

| | 2524 N Summit St Arkansas City, KS 67005 | | plaintiff's treatment and effort during physical therapy. |
|---|---|---|---|
| Dr. Xavier Ng | Core Rehab Newton Medical Center 425 East 61st Street North, Suite 2 Park City, KS 67219-1900 | 159 | Dr. Ng is one of Plaintiff's treating physicians and will testify regarding pain management for Plaintiff's injuries as well as Plaintiff's treatment. |
| Terry Cordray | Rehabilitation Expertise, LLC 10000 West 75th Street, Suite 200 Overland Park, KS 66204 | 160 | Mr. Terry Cordray – Mr. Cordray will testify regarding Plaintiffs' vocational capabilities and employability in the relevant labor market, his ability and power to work and earn money in the present and future given his education, training, work history, injuries and current limitations, and any and all other issues related to Plaintiffs' vocational capabilities and loss of earning capacity. |
| Starla Smithwick | 107 West Walnut Ave Arkansas City, KS 67005 | 160 | Starla Smithwick is Mr. Smithwick's spouse, who may testify regarding damages and familial relationships and medical conditions of Plaintiff |
| Chad Kirkbride[6] | c/o BNSF Railway Company | 160 | Chad Kirkbride – Mr. Kirkbride is a co-employee of Defendant BNSF Railway Company who possess knowledge concerning the facts and circumstances of injuries sustained on July 3, 2017 and will testify about his observation of the changes and effects of Plaintiff Smithwick's physical and psychological conditions and demeanor since the July 3,2017 incident. |
| Dr. Mauricio Herrerra | Arkansas City Clinic 510 West Radio Lane | 160 | Dr. Mauricio Herrerra – Dr. Herrerra is one of Plaintiff's treating physicians and will testify |

---

[6] BNSF objects to the listing of this witness as he was not on Plaintiff's witness list in any Pretrial Report filed in this matters. *See* [18-CV-159 Doc. Nos. 90, 143, and 183] and [18-CV-160 Doc. Nos. 95, 164, and 221]. No deposition was taken and on May 10, 2021, Plaintiffs first indicated in any pretrial that Mr. Kirkbride would be called.

| | Arkansas City, KS 67005 | | regarding medical treatment for Plaintiff's injuries. |
|---|---|---|---|
| Dr. James Gluck | Kansas Orthopaedic Center, PA 2450 N. Woodlawn Blvd. Wichita, KS 67220 | 160 | Dr. James Gluck - Dr. Gluck is one of Plaintiff's treating physicians and will testify regarding medical treatment of Plaintiff. |
| Dr. Daniel Prohaska | East Advanced Orthopaedic Associates 2778 N Webb Rd Wichita, KS 67226 | 160 | Dr. Daniel Prohaska - Dr. Prohaska is one of Plaintiff's treating physicians and will testify regarding medical causation for Plaintiff's injuries as well as Plaintiff's treatment. |
| Cindy Minkler | Ark Valley Physical Therapy 2524 N Summit St Arkansas City, KS 67005 | 160 | Ms. Cindy Minkler is one of Plaintiff's treating physical therapists and will testify regarding Plaintiff's treatment and effort during physical therapy. |
| Dr. Rodney Jones | Pain Management Associates, LC 825 North Hillside Street, Suite 200 Wichita, KS  67214 | 160 | Dr. Rodney Jones - Dr. Jones is one of Plaintiff's treating physicians and will testify regarding medical treatment for Plaintiff's injuries. |
| Dr. Michael Hahn | Neuroscience Specialists, PC 4120 W Memorial Rd #300 Oklahoma City, OK 73120 | 160 | Dr. Michael Hahn - Dr. Hahn is one of Plaintiff's treating physicians and will testify regarding medical causation for Plaintiff's injuries as well as Plaintiff's treatment. |
| Dr. Brett House | Ark City Chiropractic 2149 N Summit St Arkansas City, KS 67005 | 160 | Dr. Brett M. House - Dr. House is a chiropractor and will testify regarding Plaintiff's treatment. |
| Dr. Eric Thomson | South Central Kansas Clinic 515 N. Summit Arkansas City, KS 67005 | 160 | Dr. Eric Thomson – Dr. Thomson is one of Plaintiff's treating physicians and will testify regarding Plaintiff's psychological injuries as well as Plaintiff's treatment. |
| Amanda Roe | Winfield Family Therapy 222 E 9th Ave Winfield, KS 67156 | 160 | Amanda Roe – Ms. Roe is one of Plaintiff's treating counselors and will testify regarding Plaintiff's psychological injuries as well as Plaintiff's treatment. |

B.    <u>Defendant</u>:

<u>Name</u>              <u>Address</u>              <u>Proposed Testimony</u>

Note: Witnesses noted with an * are not intended to be called by BNSF based on the representations of Plaintiffs' counsel at the hearing on May 11, 2021; however, BNSF may use them to rebuff assertions made by Plaintiffs in their case in chief or if Plaintiffs otherwise open the door.

| Name | Address | Proposed Testimony | Case[7] |
|------|---------|--------------------|---------|
| Shawn Dent | c/o Patrick O'Brien LAW OFFICE OF PATRICK S. O'BRIEN, LLC 326 S. 21st Street, Suite 306 St. Louis, MO 63103 Telephone: (314) 621-7474 | Deposed. Facts and circumstances surrounding accident. | Both |
| Brandon Smithwick | c/o Patrick O'Brien LAW OFFICE OF PATRICK S. O'BRIEN, LLC 326 S. 21st Street, Suite 306 St. Louis, MO 63103 Telephone: (314) 621-7474 | Deposed. Facts and circumstances surrounding accident. | Both |
| Claude Smithwick | c/o Patrick O'Brien LAW OFFICE OF PATRICK S. O'BRIEN, LLC 326 S. 21st Street, Suite 306 St. Louis, MO 63103 Telephone: (314) 621-7474 | Deposed. Plaintiff's father. Facts and circumstances surrounding Plaintiff's alleged injuries and his counseling of Plaintiff regarding Plaintiff's claims. | 160 |
| Starla Smithwick | c/o Patrick O'Brien LAW OFFICE OF PATRICK S. O'BRIEN, LLC 326 S. 21st Street, Suite 306 St. Louis, MO 63103 Telephone: (314) 621-7474 | Deposed. Plaintiff's wife. Facts and circumstances surrounding Plaintiff's alleged damages and psychological condition. | 160 |

---

[7] As shorthand, Defendant is using "159" to stand for *Shawn Dent v. BNSF*, Case No. 18-CV-159-G, "160" to stand for *Brandon Smithwick v. BNSF*, Case No. 18-CV-160-G, and "both" to stand for both of the above referenced cases.

| Name | Address | Proposed Testimony | Case[7] |
|---|---|---|---|
| Dana Dickey | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | BNSF employee. She is expected to testify as to her interactions with Plaintiffs re: return to work and BNSF's vocational rehabilitation program. Deposed. | Both |
| Anthony Soto* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Plaintiffs' actions on the day of the incident, investigation of incident, Plaintiffs' employment, and train handling issues. | Both |
| Joshua Ernzen* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Facts and circumstances surrounding accident. Plaintiffs' actions on the day of the incident, investigation of incident, Plaintiffs' employment, and train handling issues. | Both |
| Patrick Clouston* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Facts and circumstances surrounding accident, inspections, and investigation. | Both |
| Nicholas Ybarra* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Facts and circumstances surrounding accident. Plaintiffs' actions on the day of the incident, investigation of incident, Plaintiffs' employment, and train handling issues. | Both |

| Name | Address | Proposed Testimony | Case[7] |
|---|---|---|---|
| Kenneth Theerman | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Facts and circumstances surrounding accident. Plaintiffs' actions on the day of the incident, investigation of incident, Plaintiffs' employment, and train handling issues. | Both |
| Matthew Zenner* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Facts and circumstances surrounding investigation and recommendation of discipline. | Both |
| Rachel Taylor* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Regarding Plaintiffs' collective bargaining agreement and Plaintiff's rights and duties thereunder. Deposed. | Both |
| Beau Price* | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Regarding defect report including improper loading by one of the locomotives not related to this incident. Deposed. | Both |
| Kirby Carson | | Subject to Defendant's prior objection, facts and circumstances surrounding accident. | Both |
| John Collins | | Subject to Defendant's prior objection, facts and circumstances surrounding accident. | Both |
| Chris Miller | Kansas Orthopaedic Center, P.A 7550 W. Village Circle, Ste. 1 Wichita, KS 67205 | Deposed. Care and treatment of Plaintiff Dent, authenticate medical records. | 159 |

67

| Name | Address | Proposed Testimony | Case[7] |
|------|---------|-------------------|------|
| Cindy Minkler, PT | Ark Valley Physical Therapy 2524 North Summit Arkansas City, KS 67005 | Deposed. Care and treatment of both Plaintiffs, authenticate medical records. | Both |
| Xavier Ng | Core Pain Management 425 E. 61st Street North, Suite 2 Park City, KS 67219 | Deposed. Care and treatment of Plaintiff Dent, authenticate medical records. | 159 |
| David Schmeidler | Ark City Clinic, P.A. 510 W. Radio Lane Arkansas City, KS 67005 | Deposed. Care and treatment of Plaintiff Dent, authenticate medical records. | 159 |
| Justin Strickland | Mid-America Orthopedics 1824 E. James Street Derby, KS 67037 | Deposed. Care and treatment of Plaintiff Dent, authenticate medical records. | 159 |
| Eric Thomson | South Central Kansas Clinic 515 N. Summit St. Arkansas City, KS 67005 | Deposed. Care and treatment of both Plaintiffs, authenticate medical records. | Both |
| James Weimar | Abay Neuroscience, LLC 3223 N. Webb Road, Suite 1 Wichita, KS 67226 | Deposed. Care and treatment of Plaintiff Dent, authenticate medical records. | 159 |
| Mauricio Herrera | Ark City Clinic, PA 510 W. Radio lane Arkansas City, KS 67005 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| James Gluck | Kansas Orthopaedic Center, P.A. 7550 W. Village Circle, Ste. 1 Wichita, KS 67205 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Michael Hahn | Neuroscience Specialists 4120 W. Memorial Road, Suite 300 Oklahoma City, OK 73120 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |

| Name | Address | Proposed Testimony | Case[7] |
|---|---|---|---|
| Ray Hand, Ph.D.<br><br>*Plaintiff Objects to this witness. Please see Plaintiff's Motion in Limine on Collateral Source; Undue Prejudice | 3106 Norcrest Drive Oklahoma City, OK 73121 | Deposed. Evaluation (RRB), care, and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Dr. Christopher Jordan | 1201 S. Douglas, Suite H Midwest City, OK 73110 | Deposed. Evaluation (RRB), care, and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Adam Keesling | Ark City Clinic, P.A. 510 W. Radio Lane Arkansas City, KS 67005 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Rodney Jones | Midwest Surgery Center, L.C. 825 N. Hillside, Suite 100 Wichita, KS 67214 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Brett House, DC | Ark City Chiropractic 2149 North Summit Arkansas City, KS 67005 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Steve McKinney, PT | South Central Kansas Medical Center 6401 Patterson Parkway Arkansas City, KS 67005 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records | 160 |
| Daniel Prohaska | AOA Special Services 2778 N. Webb Road Wichita, KS 67226 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |

| Name | Address | Proposed Testimony | Case[7] |
|------|---------|--------------------|------|
| Amanda Roe | Winfield Family Therapy 222 E. 9th Ave. Winfield, KS 67156 | Deposed. Care and treatment of Plaintiff Smithwick, authenticate medical records. | 160 |
| Ryan Stuckey | 7401 S. Main Houston, TX 77030 | Care and treatment of Plaintiff, authenticate medical records. | 160 |
| Benjamin Webb | Ponca City EMS 516 E. Grand Ponca City, OK 74601 | Care and treatment of Plaintiffs, authenticate medical records. | Both |
| Eric Berryman | Ponca City EMS 516 E. Grand Ponca City, OK 74601 | Care and treatment of Plaintiffs, authenticate medical records. | Both |
| Stephen Conner, M.D. | Arcadia Medical Group 105 S. Bryant Ave., Suite 310 Edmond, OK 73034 | Deposed. Defendant's expert.  Dr. Conner is expected to testify regarding his independent medical examinations of Plaintiffs. And consistent with his reports. | Both |
| Steve Benjamin, MS, CRC | Progressive Rehabilitation Management, Inc. 1313 North Webb Road, Suite 260 Wichita, KS 67278 | Deposed. Defendant's expert.  Mr. Benjamin is expected to testify regarding his vocational rehabilitation examination of Plaintiffs and consistent with his reports.[8] | Both |

[8] Plaintiff Dent has returned to work at BNSF. As long as he is still employed at the time of trial, Mr. Benjamin will not be testifying relating to Mr. Dent.

| Name | Address | Proposed Testimony | Case[7] |
|---|---|---|---|
| Lai Ann Simmons, P.T. | Select Physical Therapy 11055 South Memorial Drive Tulsa, OK 74133 | Deposed. Defendant's expert. Ms. Simmons is expected to testify regarding her Functional Capacity Examinations of Plaintiff Dent[9] and Plaintiff Smithwick and consistent with her reports. | Both |
| Foster Peterson | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Defendant's expert. Mr. Peterson is expected to testify regarding railroad operations, train handling, and the possible forces applied to the locomotive containing the Plaintiffs, consistent with his report, declaration, and deposition. | Both |
| Amber Stern | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Deposed. Defendant's expert. Dr. Stern is expected to testify regarding biomechanics and the effects of the possible forces applied to the locomotive onto the plaintiffs and consistent with her report and deposition. | Both |
| Russell Adams, Ph.D. | The University of Oklahoma Dept. of Psychiatry & Behavioral Sciences 920 Stanton L. Young Blvd. Oklahoma City, OK 73104 | Deposed. Defendant's expert. Dr. Adams is expected to testify regarding his Psychological evaluation of Plaintiff Smithwick and consistent with his report. | 160 |

[9] Plaintiff Dent has returned to work at BNSF. As long as he is still employed at the time of trial, Ms. Simmons will not be testifying relating to Mr. Dent.

| Name | Address | Proposed Testimony | Case[7] |
|------|---------|-------------------|---------|
| Pat O'Brien<br><br>*Plaintiff objects to this witness as all medical providers have processed medical bills through injury care billing and some still remain outstanding. | | Testimony regarding correspondence and emails to witness regarding Injury Care Billing in Dent v. BNSF, Smithwick v. BNSF, and Fields v. BNSF if testimony is elicited and allowed over Defendant's objections | Both |
| Nicholas Parsons Trainmaster<br><br>*Plaintiff objects to this witness as he was not disclosed during discovery[10] | c/o Robert D. Hart Mullican & Hart, PC 15 E. Fifth Street, Suite 2200 Tulsa, OK 74103 Telephone: (918) 794-6500 | Will refute any claims of an abolished position relating to when Mr. Dent Returned to work with BNSF, and will refute any claims of issues with Dent's job performance since his return to BNSF | 159 |

[10] Mr. Parsons was identified by BNSF in the prior pretrial reports (Doc No. 90 & 143) in March 2020 because Plaintiff's counsel continued to reference an alleged abolished position relating to when Mr. Dent was returning to work in Dec. 2019. As it appears the facts and circumstances related to his return to work will be an issue in this case, BNSF listed Mr. Parsons and Mr. Grissum. Since March 2020, Plaintiff has taken no action or made no request to depose these witnesses.

| Name | Address | Proposed Testimony | Case[7] |
|---|---|---|---|
| Christopher Grissum Trainmaster<br><br>*Plaintiff objects to this witness as he was not disclosed during discovery[11] | c/o Robert D. Hart<br>Mullican & Hart, PC<br>15 E. Fifth Street, Suite 2200<br>Tulsa, OK 74103<br>Telephone: (918) 794-6500 | Will refute any claims of an abolished position relating to when Mr. Dent Returned to work with BNSF, and will refute any claims of issues with Dent's job performance since his return to BNSF | 159 |
| Jeff Alvested | c/o Robert D. Hart<br>Mullican & Hart, PC<br>15 E. Fifth Street, Suite 2200<br>Tulsa, OK 74103<br>Telephone: (918) 794-6500 | Facts and circumstances regarding Plaintiff's alleged incident, injuries, damages (if the court finds that medical bills are relevant), and return to work | Both |
| Paul Byrnes | | Plaintiff's expert. | Both |
| Terry Cordray | | Plaintiff's expert. | Both |
| Rebecca Summary | | Plaintiff's expert. | Both |

8.    ESTIMATED TRIAL TIME:

    A.    Plaintiff's Case:      5 days  

    B.    Defendant's Case:     5 days    

9.    BIFURCATION REQUESTED:    Yes         No   X  

---

[11] Mr. Grissum was identified by BNSF in the prior pretrial reports (Doc No. 90 & 143) in March 2020 because Plaintiff's counsel continued to reference an alleged abolished position relating to when Mr. Dent was returning to work in Dec. 2019. As it appears the facts and circumstances related to his return to work will be an issue in this case, BNSF listed Mr. Parsons and Mr. Grissum. Since March 2020, Plaintiff has taken no action or made no request to depose these witnesses.

73

10.    <u>POSSIBILITY OF SETTLEMENT</u>:

Good _____          Fair _____          Poor ___X___

    All parties approve this report and understand and agree that this report supersedes all pleadings, shall govern the conduct of the trial, and shall not be amended except by order of the Court.


/s/ Patrick S. O'Brien
Attorney for Plaintiff

/s/ Robert D. Hart
Attorney for Defendant
BNSF RAILWAY COMPANY