UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRANDON SMITHWICK,           )
                             )
    Plaintiff,               )
                             )
v.                           )   No. CIV-18-160-G
                             )
BNSF RAILWAY COMPANY,        )
                             )
    Defendant.               )

### VERDICT FORM: PLAINTIFF BRANDON SMITHWICK

We, the jury, duly empaneled and sworn, do, upon our oaths, find as follows:

1. Was Defendant BNSF Railway Company's stipulated violation of the Federal Safety Appliance Act a cause of an injury to Plaintiff Brandon Smithwick?

   Yes: __X__     No: _____

If you answered Question 1 "Yes," please answer Questions 2 and 3. If you answered Question 1 "No," leave Questions 2 and 3 blank.

2. If you answered Question 1 "Yes," what amount do you find will fairly and adequately compensate Plaintiff Brandon Smithwick for the total damages, if any, resulting from his injury?

   $ __640,000__

3. If you answered Question 2,

    a. what portion, if any, of that dollar amount is for earnings Plaintiff Brandon Smithwick has lost to date:

$ __80,000__ ; and

    b. what portion, if any, of that dollar amount is for the present value of earnings Plaintiff Brandon Smithwick is reasonably certain to lose in the future:

$ __60,000__

Jury Foreperson, please sign and date the completed verdict form.

__Christopher L Bares__            __5-29-21__

JURY FOREPERSON            DATE

2