UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON SMITHWICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-18-160-G |
| ) | |
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came on for trial before the court and a jury, District Judge Charles B. Goodwin presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Brandon Smithwick, and against Defendant, BNSF Railway Company, in the amount of $640,000.00.

ENTERED this 28th day of May, 2021.

CHARLES B. GOODWIN
United States District Judge