# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRANDON SMITHWICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. CIV-18-160-G |
| vs. | ) |
| | ) |
| **BNSF RAILWAY COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISAL

Plaintiff, Brandon Smithwick, and Defendant BNSF Railway Company acting through their respective counsel, and pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them to a dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs not addressed in the settlement.

Accordingly, no further action is required from the Court as to the pending Bill of Costs and briefs related thereto (Doc. Nos. 306, 307, 311, and 312), BNSF's Motion to Alter or Amend the Judgment (Doc. Nos. 309, and 313), nor Plaintiff's Motion for New Trial (Doc. Nos. 310).

Respectfully submitted,

Dated this 3rd day of August 2021.

| /s/ Patrick S. O'Brien | /s/ Robert D. Hart |
|---|---|
| Patrick S. O'Brien, | Robert D. Hart, OBA #16358 |
| **LAW OFFICES OF PATRICK S. O'BRIEN, LLC** | George R. Mullican, OBA #16701 |
| | Matthew B. Covert, OBA #31970 |
| 326 South 21st Street, Ste. 306 | **MULLICAN HART, P.C.** |
| St. Louis, Missouri 63103 | 15 East Fifth Street, Suite 2200 |
| Telephone (314) 621-7474 | Tulsa, Oklahoma 74103 |
| Facsimile (214) 621-7476 | 918-794-6500 Telephone |
| pobrien@felainjury.com | 918-794-6068 Facsimile |
| | rhart@mullicanhart.com |
| and | gmullican@mullicanhart.com |
| | mcovert@mullicanhart.com |
| Thomas M. Wright, OBA #20378 | |
| | **ATTORNEYS FOR DEFENDANT** |
| 300 West Broadway | |
| P.O. Box 307 | |
| Muskogee, Oklahoma 74402 | |
| Telephone (918) 682-0091 | |
| Facsimile (918) 683-6340 | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert D. Hart, OBA #16358
George R. Mullican, OBA #16701
Michael Womack, OBA #20895
Matthew B. Covert, OBA #31970
MULLICAN & HART, P.C.
15 East Fifth Street, Suite 2200
Tulsa, Oklahoma 74103
918-794-6500 Telephone
918-794-6068 Facsimile
rhart@mullicanhart.com
gmullican@mullicanhart.com
mwomack@mullicanhart.com
mcovert@mullicanhart.com
**ATTORNEYS FOR DEFENDANT**

      /s/ *Patrick S. O'Brien*